UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:19-60325-CIV-UNGARO/HUNT

MARISA LIONA,

    Plaintiff,

v.

AMERICAN ELITE RECOVERY, LLC, and
AMERICAN RECOVERY SYSTEMS, LLC,

    Defendants.
_____/

**NOTICE OF PREVIOUSLY AWARDED FEES AND COSTS**

Pursuant to the Court's Order of April 30, 2019, [ECF No. 19], the following is a list of all federal cases decided in the Southern District of Florida wherein Plaintiff's counsel was awarded attorney's fees within the past two years:

1. *Wood v. J Choo USA, Inc*., No. 15-cv-81487 (S.D. Fla. Filed Oct. 25, 2015)
   - Date of Award: May 8, 2017 [ECF No. 97]
   - Hourly Rate: N/A (Plaintiff's counsel received 1/3 of $833,333.33 common fund)
   - Paralegal Rate: N/A

2. *Guarisma v. Microsoft Corporation*, No. 15-cv-24326 (S.D. Fla. Filed Nov. 20, 2015)
   - Date of Award: Oct. 27, 2017 [ECF No. 79]
   - Hourly Rate: N/A (Plaintiff's counsel received 1/3 of $398,232 common fund)
   - Paralegal Rate: N/A

3. *Flaum v. Doctor's Associates, Inc*., No. 16-cv-61198 (S.D. Fla. Filed June 6, 2016)
   - Date of Award: March 11, 2019 [ECF No. 175]
   - Hourly Rate: N/A (Plaintiff's counsel received 1/3 of $10,300,000 common fund)
   - Paralegal Rate: N/A

4. *Alderman v. GC Services Limited Partnership*, No. 16-cv-14508 (S.D. Fla. Filed Nov. 14, 2016
   - Date of Award: Apr. 9, 2019 [ECF No. 201]
   - Hourly Rate: $500.00/hr.
   - Paralegal Rate: N/A

5. *Hoyos v. James E. Albertelli, P.A.*, No. 17-cv-24515 (S.D. Fla. Filed Dec. 17, 2017)
   - Date of Award: Feb. 27, 2019 [ECF No. 31]
   - Hourly Rate: $500.00/hr.
   - Paralegal Rate: $125.00 hr., Don Kovaleski

6. *Spring v. KFF Arbitration, LLC*, No. 18-cv-62419 (S.D. Fla. Filed Oct. 11, 2018)
   - Date of Award: Feb. 15, 2019 [ECF No. 24]
   - Hourly Rate: $250.00/hr.
   - Paralegal Rate: $125.00/hr., Don Kovaleski

Respectfully submitted,

s/ Scott D. Owens
Scott D. Owens, Esq.
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

s/ Scott D. Owens
Scott D. Owens, Esq.